IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2019CV030897

**WENDI MARQUEZ f/k/a WENDI MOORE**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC, a Kansas limited liability company,
d/b/a KING SOOPERS INC., NO. 62000062**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Dillon Companies, LLC d/b/a King Soopers, by and through its counsel, Debra K. Sutton and Joseph E. Okon, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    Dillon Companies, LLC d/b/a King Soopers ("Dillon Companies") is the Defendant in the above titled action, originally filed in the District Court, Adams County, Colorado, Case No. 2019CV30897. On or about June 5, 2019, Plaintiff, Wendi Marquez F/k/a Wendi Moore ("Ms. Marquez") filed her Complaint and Jury Demand in Adams County District Court, Colorado. The Complaint seeks recovery of damages as to Dillon Companies based on allegations of premises liability. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Marquez is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 3.[1] Defendant Dillon Companies is a citizen of the state of Kansas. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 4.

4. The amount in controversy exceeds $75,000. *See* **Exhibit C,** Plaintiff's District Court Civil Cover Sheet (showing he seeks more than $100,000 in damages); *see also* Paros Properties LLC v. Colorado Cas. Ins. Co., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Plaintiff's Complaint alleges past and future noneconomic losses and injuries, including physical and mental pain and suffering, inconvenience, emotional stress and impairment of quality of life. Plaintiff also alleges past and future economic losses, including loss of earnings, damage to her ability to earn money in the future, and medical exposes. Moreover, Plaintiff seeks damages associated with alleged physical impairment and disfigurement. *See* **Exhibit A**. Accordingly, the amount in controversy exceeds $75,000.

---

[1] On June 25, 2019 Plaintiff's counsel indicated his understanding that Ms. Marquez is a current resident and citizen of the State of Colorado.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Dillon Companies has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Dillon Companies was served with Plaintiff's Complaint and Jury Demand in this matter on June 5, 2019. *See* **Exhibit D**. Thus, Dillon Companies' Notice of Removal is due July 5, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Adams County. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit G**   Summons;

**Exhibit A**   Complaint and Jury Demand;

**Exhibit D**   Affidavit of Service regarding Dillon Companies, LLC.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Adams County8. Dillon Companies has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

8.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Adams County in Civil Action No. 2019CV30897.  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Dillon Companies, LLC d/b/a King Soopers respectfully requests that this case be removed from the District Court for the County of Adams County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 26th day of June, 2019.

*/s/   Joseph E. Okon*
Debra K. Sutton
Joseph E. Okon
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  dsutton@suttonbooker.com
***Attorneys for Defendant,***
***Dillon Companies, Llc D/b/a King Soopers***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew A. Crowther
Jorgensen, Brownell & Pepin, P.C.
900 South Main Street, Ste 100
Longmont CO  80501

>   */s/   Joseph E. Okon*
>   *A duly signed original is on file at*
>   *Sutton | Booker | P.C.*