**EXHIBIT A**

| | |
|---|---|
| ADAMS COUNTY DISTRICT COURT<br>STATE OF COLORADO<br>1100 Judicial Center Drive<br>Brighton, CO 80601<br>Telephone: (303) 659-1161 | DATE FILED: June 5, 2019 8:26 AM<br>FILING ID: FF07720E4D70D<br>CASE NUMBER: 2019CV30897 |
| Plaintiff:  WENDI MARQUEZ f/k/a WENDI MOORE<br><br>v.<br><br>Defendant:  DILLON COMPANIES, LLC, a Kansas limited liability company, d/b/a KING SOOPERS INC., NO. 62000062 | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Matthew A. Crowther, #39146<br>JORGENSEN, BROWNELL & PEPIN, P.C.<br>900 South Main Street, Suite 100<br>Longmont, CO  80501<br>Phone: (303) 678-0560<br>Fax: (303) 678-1164<br>mcrowther@jbplegal.com | Case No.<br><br><br>Div. |
| COMPLAINT AND JURY DEMAND | |

COMES NOW Plaintiff, Wendi Marquez, by and through Counsel, Matthew A. Crowther of JORGENSEN, BROWNELL & PEPIN, P.C., respectfully submitting her complaint against Defendant, Dillon Companies, LLC. ("Dillon"), as follows:

### JURISDICTION AND VENUE

1. Jurisdiction over Defendant in this Court is proper pursuant to C.R.S. § 13-1-124(1)(b) because this suit pertains to Defendant's commission of tortious conduct within this State.

2. Venue in this Court is proper pursuant to C.R.C.P. 98(c)(5) because the tort at issue was committed by Defendant in Adams County, Colorado.

### PARTIES

3. Ms. Marquez is an individual.

4. Dillon is a Kansas limited liability company with a registered agent in Colorado located at 1900 W. Littleton Blvd., Littleton, CO  80120.

**EXHIBIT A**

## GENERAL ALLEGATIONS

5. Dillon owns and operates a supermarket on the property located at 10351 Federal Blvd., Westminster, Colorado (the "Property").

6. On June 16, 2017, Ms. Marquez walked onto the Property to purchase her groceries for the month with her boyfriend at the time (now husband), Steven Marquez, and his two-year-old son, Joshua Marquez.

7. Ms. Marquez was on the Property for over an hour when she separated from her boyfriend to pick up some produce.

8. Ms. Marquez slipped on a puddle in Aisle 17 on her way back to meet up with her boyfriend.

9. Ms. Marquez fell on her right hip, back, right hand, right shoulder, and neck.

10. During the fall, Ms. Marquez jammed her left toes and urinated in her pants.

11. The puddle was comprised of a clear liquid.

12. Two ladies were at the end of Aisle 17 that watched the incident occur.

13. The two ladies tried to help Ms. Marquez up and asked if she was okay.

14. Ms. Marquez filed a report at the front desk.

15. Ms. Marquez's boyfriend drove her home where she then called her step daughter, Talisha Spoelman, to take her to the hospital.

## CLAIM FOR RELIEF
(Premises Liability)

16. Ms. Marquez repeats and re-alleges every averment pled in this complaint as if such allegations were stated fully herein and incorporates all exhibits attached hereto herein.

17. Ms. Marquez has injuries, damages, and losses as a result of her fall on the Property.

18. Dillon either knew or reasonably should have known about the dangerous condition of the unattended puddle on the Property.

19. Dillon failed to use reasonable care to protect against the danger of the unattended puddle on the Property.

20. Dillon's failure to use reasonable care to protect against the danger of the unattended puddle on the Property was a cause of Ms. Marquez's injuries, damages, and losses.

WHEREFORE, Ms. Marquez respectfully requests that the Court enter judgment in her favor and against Dillon for her noneconomic losses and injuries which she has had to the present time and for those which she will probably have in the future, including physical and mental pain and suffering, inconvenience, emotional stress, and impairment of the quality of life; economic losses and injuries which she has had to the present time and for those which she will probably have in the future, including loss of earnings, damage to her ability to earn money in the future, reasonable and necessary medical, hospital, and other expenses; damages associated with her physical impairment and disfigurement; costs; and interest on all sums pursuant to C.R.S. § 13-21-101.

### JURY DEMAND

Plaintiff demands a trial to a jury of six (6) on all issues.

RESPECTFULLY submitted June 5, 2019.

JORGENSEN, BROWNELL & PEPIN, P.C.

*/s/ Matthew A. Crowther*
Matthew A. Crowther, #39146
Attorney for Plaintiff

Plaintiff may be contacted through counsel:
Matthew A. Crowther, #39146
JORGENSEN, BROWNELL & PEPIN, P.C.
900 South Main Street, Suite 100
Longmont, CO  80501
Phone: (303) 678-0560
Fax: (303) 678-1164
mcrowther@jbplegal.com