IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01854-RM-SKC

**WENDI MARQUEZ f/k/a WENDI MOORE**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC, d/b/a KING SOOPERS INC.,**

    Defendant.

## NOTICE OF SETTLEMENT

Defendant, Dillon Companies, LLC d/b/a King Soopers, by and through its attorneys, Sutton | Booker | P.C., hereby submits the following:

1. The parties have agreed to resolve all claims brought by Plaintiff against Defendant in the above-entitled matter.

2. A formal stipulation and order for dismissal will be filed with this Court upon execution of the settlement documents.

Respectfully submitted this 13th day of April, 2020.

                                          */s/   Joseph E. Okon*
                                          Debra K. Sutton
                                          Joseph E. Okon
                                          Sutton | Booker | P.C.
                                          4949 S. Syracuse, Suite 500
                                          Denver, Colorado 80237
                                          Telephone:  303-730-6204
                                          Facsimile:   303-730-6208
                                          E-Mail:  dsutton@suttonbooker.com

                                          ***Attorneys for Defendant,***
                                          ***Dillon Companies, Llc D/b/a King Soopers***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of April, 2020, I electronically filed a true and correct copy of the above and foregoing Notice Of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew A. Crowther
Jorgensen, Brownell & Pepin, P.C.
900 South Main Street, Ste 100
Longmont CO  80501

                                                            /s/   Tammy L. Hanks
                                                            *A duly signed original is on file at*
                                                            *Sutton | Booker | P.C.*