IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01854-RM-SKC

**WENDI MARQUEZ f/k/a WENDI MOORE**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC, a Kansas limited liability company, d/b/a KING SOOPERS INC., NO. 62000062**,

    Defendant.

## STIPULATED DISMISSAL

The Plaintiff, Wendi Marquez, and Defendant, Dillon Companies, LLC d/b/a King Soopers, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, Dillon Companies, LLC d/b/a King Soopers, having been amicably resolved, the parties to pay their own fees and costs.

Respectfully submitted this 18th day of May, 2020.

| JORGENSEN, BROWNELL & PEPIN, P.C. | SUTTON | BOOKER | P.C. |
|---|---|

/s/ *Matthew A. Crowther*  
Matthew A. Crowther  
Jorgensen, Brownell & Pepin, P.C.  
900 South Main Street, Suite 100  
Longmont, Colorado 80501  
Telephone:  303.678.0560  
Facsimile: 303.678.1164  
Email: mcrowther@jbplegal.com  

*Attorney for Plaintiff,*  
*Wendi Marquez*

/s/  *Joseph E. Okon*  
Debra K. Sutton  
Joseph E. Okon  
Sutton | Booker | P.C.  
4949 S. Syracuse, Suite 500  
Denver, Colorado 80237  
Telephone:  303-730-6204  
Facsimile:   303-730-6208  
E-Mail:  dsutton@suttonbooker.com  
E-Mail: jokon@suttonbooker.com  

*Attorneys for Defendant,*  
*Dillon Companies, LLC d/b/a King Soopers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2020, I electronically filed a true and correct copy of the above and foregoing Stipulated Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew A. Crowther
Jorgensen, Brownell & Pepin, P.C.
900 South Main Street, Ste 100
Longmont CO  80501

*/s/   Tammy L. Hanks*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*

2